No. 82–2118. LASK ET AL. *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 82–2119. FADELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–2122. THOMPSON ET AL. *v.* NELSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–2123. PLACHTER ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–2126. MARRIOTT IN-FLITE SERVICES, A DIVISION OF MARRIOTT CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–2127. MERTSCHING *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 82–2131. MILES ET AL. *v.* NEW YORK STATE TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND EMPLOYEE PENSION BENEFIT PLAN. C. A. 2d Cir. Certiorari denied.

No. 82–2133. MINCH *v.* CITY OF FARGO. Sup. Ct. N. D. Certiorari denied.

No. 82–2135. WAGNER *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 82–2136. FREZZO BROTHERS, INC., ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–2137. JBL ENTERPRISES, INC., ET AL. *v.* JHIRMACK ENTERPRISES, INC. C. A. 9th Cir. Certiorari denied.

No. 82–2138. WOLFGRAM, NEXT FRIEND OF WOLFGRAM, ET AL. *v.* BOMBARDIER LTD. C. A. 6th Cir. Certiorari denied.

No. 82–2141. CHEREN *v.* BECHTEL INC. ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 82–2142. YEE *v.* YEE ET AL. Sup. Ct. Haw. Certiorari denied.